```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 17-02779-HWV
John A. Brenneman                                                   Chapter 13
Delores A. Brenneman
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-1          User: TWilson              Page 1 of 1         Date Rcvd: Jul 11, 2019
                              Form ID: ordsmiss          Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2019.
db/jdb        +John A. Brenneman,    Delores A. Brenneman,    541 North Franklin Street,
                Hanover, PA 17331-2172
cr            +CAVALRY SPV I, LLC,    Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,
                Tucson, AZ 85712-1083
4975235       +Cavalry SPV I, LLC,    Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd., Suite 200,
                Tucson, AZ 85712-1083
4941783       +Commercial Acceptance,    2300 Gettysburg Rd,   Camp Hill, PA 17011-7303
4955279       +PNC Bank, National Association,    c/o PNC Mortgage, a division of PNC Bank,   Attn: Bankrutpcy,
                3232 Newmark Drive,    Miamisburg, OH 45342-5421
4952355       +PeoplesBank,   a Codorus Valley Co,    PO Box 2887,   105 Leader Heights Rd,
                York, PA 17403-5137
4941784       +Peoplesbank, A Codorus,    109 Leader Heights Rd,   York, PA 17403-5137
4941785       +Pnc Mortgage,   Po Box 8703,   Dayton, OH 45401-8703
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4941781       +EDI: CAPITALONE.COM Jul 11 2019 23:13:00      Capital One,   Po Box 30285,
                Salt Lake City, UT 84130-0285
4977190        EDI: CAPITALONE.COM Jul 11 2019 23:13:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                Charlotte, NC 28272-1083
4941786       +EDI: RMSC.COM Jul 11 2019 23:13:00      Synchrony Bank/Care Credit,    Po Box 965064,
                Orlando, FL 32896-5064
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4941782*      +Capital One,   Po Box 30285,   Salt Lake City, UT 84130-0285
4941787      ##+The Remit Corp,    36 W Main St,   Bloomsburg, PA 17815-1703
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2019 at the address(es) listed below:
              Bass and Associates PC    on behalf of Creditor    CAVALRY SPV I, LLC ecf@bass-associates.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Stephen Wade Parker    on behalf of Debtor 2 Delores A. Brenneman Mooneybkecf@gmail.com,
               R61895@notify.bestcase.com
              Stephen Wade Parker    on behalf of Debtor 1 John A. Brenneman Mooneybkecf@gmail.com,
               R61895@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| John A. Brenneman, **Debtor 1** | Chapter 13 |
| Delores A. Brenneman, **Debtor 2** | Case No. 1:17–bk–02779–HWV |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: July 11, 2019

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: TWilson, Deputy Clerk

ordsmiss (05/18)